FILED

NOV 14 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Your Name: Rama Chunduri

Your Address: 2536 Craneford Wy San Ramon CA 94582

Phone Number: 408 338 7266

Email Address: crkanth@yahoo.com

Pro Se Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Rama Chunduri

Plaintiff,

v.

League Noveum Trading LLC, et al (Annexr-4)

Defendant.

Case Number _____ [leave blank]

C 25 09829 VKD

**COMPLAINT**

DEMAND FOR JURY TRIAL

Yes ☐   No ■

## I.   PARTIES

1. Plaintiff. [Write your name, address, and phone number. Add a page for additional plaintiffs.]

   Rama Chunduri

   Name: Rama Chunduri

   Address: 2536 Craneford Way San Ramon CA 94582

   Telephone: 408 338 7266

2. Defendants. [Write each defendant's full name, address, and phone number.]

   Defendant 1:

   Name: League Noveum Trading LLC (Tapbitpo.net company)

   Address: 2295 S Hiawassee Rd Ste 205  Orlando  FL 32835

   Telephone: _____

   Defendant 2:

COMPLAINT

PAGE ___ OF ___

JDC TEMPLATE, UPDATED 11/2024

1

2  Name:        Lend Royal construction LLC(Tapbitpo.net company)

3  Address:     400 N Federal Hwy    Fort Lauderdale    FL 33301

   Telephone:

4  Defendant 3:

5  Name:        DECENT LEGEND LLC(Tapbitpo.net company)

6  Address:     300 SE 2ND St Suite 600  Fort Lauderdale    FL  33301

7  Telephone:

8

9  **II.    JURISDICTION**

10  Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases

11  involving "diversity of citizenship." Check at least one box.

12  3.  My case belongs in federal court

13  ■ under federal question jurisdiction because it involves a federal law or right.

14  Which federal law or right is involved?

15  (\(18\) U.S.C. \(\S \) \(1343\)),  (\(18\) U.S.C. \(\S \) \(1030\)), 28 U.S.C. § 1332

16  ■ under diversity jurisdiction because none of the plaintiffs live in the same state as any of the

17  defendants and the amount of damages is more than $75,000.

18

19  **III.    VENUE**

20  The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino,

21  Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the

22  venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check

23  the box for each venue option that applies.

24  4.  Venue is appropriate in this Court because:

25  ■ a substantial part of the events I am suing about happened in this district.

26  ☐ a substantial part of the property I am suing about is located in this district.

27  ☐ I am suing the U.S. government, federal agency, or federal official in his or her official capacity and

28  I live in this district.

COMPLAINT                                          PAGE___ OF ___                    JDC TEMPLATE, UPDATED 11/2024

1     ☐ at least one defendant is located in this District and any other defendants are located in California.

2

3     **IV.   INTRADISTRICT ASSIGNMENT**

4     This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka-McKinleyville.

5     First write in the county in which the events you are suing about happened, and then match it to the correct

6     division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco,

7     San Mateo, and Sonoma counties.  The San Jose division covers Monterey, San Benito, Santa Clara, Santa

8     Cruz counties.  The Eureka-McKinleyville division covers Del Norte, Humboldt, Lake, Mendocino

9     counties, only if all parties consent to a magistrate judge.

10     5.  Because this lawsuit arose in  Contra Costa     County, it should be assigned to the

11     San Jose     Division of this Court.

12     **V.   STATEMENT OF FACTS**

13     Write a short and simple description of the facts of your case. Include basic details such as where the events

14     happened, when things happened and who was involved. Put each fact into a separate, numbered paragraph,

15     **starting with paragraph number 6.** Use more pages as needed.

16     1. Plaintiff is the victim of an alleged theft of cryptocurrency valued at approximately

17     $2,100,000 (USD) (the " Stolen Funds " ).

18     2. Plaintiff' s blockchain forensics (see attached docs: Forensic_Report,

19     Analyst_Sworn_Affidavit, and Arkham_Proof) trace the Stolen Funds through on-chain transfers to

20     accounts/wallets subsequently deposited to Binance, Bybit, and HitBTC (the " Relief

21     Defendants" ).

22     3. Absent immediate court intervention, the Stolen Funds are at high risk of being moved,

23     withdrawn, mixed, or otherwise rendered unrecoverable.

24     4. In September 2025, Plaintiff opened an account with tapbitpo.net (a phishing app — See

25     attachment Annexure-5A for tapbitpo.net app) in Coinbase Wallet app. The online customer

26     service of tapbitpo.net provided the defendant companies (LEAGUE NOVEUM TRADING LLC,

27     Lend Royal construction LLC, DECENT LEGEND LLC, Sunny Dreams Home LLC, all based in

28     Florida state) and their bank accounts to wire funds for trading in Crypto Currency. The Plaintiff

1   Plaintiff wired funds to the extent of 1.76 mil to these accounts that were transferred to USDT

wallet under tapbitpo.net.

2

3   5. On or about Oct 8th, 2025 Plaintiff tried to withdraw funds including profits to his bank of

4   America checking account but couldn't do and his crypto holdings were misappropriated by

5   tapbitpo.net (a crypto exchange under coinbase Wallet), a phishing application

6   . (Please see the attached document Annexure-5B for wire transfers). Tapbitpo.net customer

7   service keep asking/threating the plaintiff to bring in more funds.

8   6. Plaintiff engaged a blockchain forensics analyst; the analyst's report traces

9   the funds to wallet addresses that were later deposited to accounts at the following exchanges:

10  Binance, Bybit, and HitBTC. The report provides transaction hashes, timestamps, and chain-

11  analysis graphs.

12  7. The forensic analysis identifies transfers of both ETH and BTC and shows final deposit

13  transactions into accounts on Binance, Bybit, and HitBTC. True account IDs, KYC identifiers,

14  and internal exchange transaction references (if provided) are included in Forensic_Report.

15  8. Plaintiff has submitted preservation requests to the exchanges and a law-enforcement

16  referral (IC3). To date, no court-ordered freeze has been received by the exchanges, and the

17  risk of dissipation remains acute.

18  ARGUMENT

19  8. A Temporary Restraining Order is appropriate where the movant demonstrates (1) likelihood of

20  success on the merits; (2) irreparable harm absent an injunction; (3) balance of equities

21  tipping in movant's favor; and (4) injunction is in the public interest. Winter v. NRDC, 555

22  U.S. 7 (2008).

23  Likelihood of success. Plaintiff's tracing evidence supports claims of conversion, unjust

24  enrichment, and constructive trust over proceeds traceable to Plaintiff. The blockchain record

25  and associated exchange deposit transactions constitute strong documentary proof.

26  Irreparable harm. Cryptocurrency is fungible and can be moved instantly; once dispersed through

27  mixers or foreign exchanges, recovery is unlikely. A freeze preserves the status quo while the

28  Court adjudicates ownership.

JDC TEMPLATE, UPDATED 11/2024

## VI.  CLAIMS

### First Claim

Name the law or right violated:

(\(18) U.S.C. \(S \) \(1343)),  (\(18) U.S.C. \(S \) \(1030)),28 U.S.C. § 1332

Name the defendants who violated it:

LEAGUE NOVEUM TRADING LLC

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed.  You

do not need to make legal arguments. You can refer to your statement of facts.

Wire fraud (\(18) U.S.C. \(S \) \(1343)) involves using interstate electronic communications

to carry out a  scheme to defraud, while computer fraud (\(18)  U.S.C. \(S \) \(1030)),

also known as the Computer Fraud and Abuse Act, prohibits a range of

unauthorized access and damage to computer systems.

LEAGUE NOVEUM TRADING LLC is part of tapbitpo.net and part of this scam.

JDC TEMPLATE, UPDATED 11/2024

_____ Second _____ **Claim**

Name the law or right violated:
(\(18\) U.S.C. \(\S \) \(1343\)),  (\(18\) U.S.C. \(\S \) \(1030\)),28 U.S.C. § 1332

Name the defendants who violated it:
Lend Royal construction LLC

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed.  You

do not need to make legal arguments. You can refer to your statement of facts.

Wire fraud (\(18\) U.S.C. \(\S \) \(1343\)) involves using interstate electronic communications

to carry out a  scheme to defraud, while computer fraud (\(18\)  U.S.C. \(\S \) \(1030\)),

also known as the Computer Fraud and Abuse Act, prohibits a range of

unauthorized access and damage to computer systems

Lend Royal Construction LLC is part of tapbitpo.net and part of this scam

Note: For the remaining Claims - please see Annexure-6

**VII.  DEMAND FOR RELIEF**

State what you want the Court to do.  Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something.  If you are asking for money, you can say how much you are asking for and why you should get that amount or describe the different kinds of harm caused by the defendant.

Plaintiff requests that the Court enter an order:

A. Issuing a Temporary Restraining Order enjoining Defendants and anyone acting in concert from transferring, spending, or dissipating the cryptocurrency assets identified in the attached Annexure

B. Ordering Relief Defendants Binance, Bybit, and HitBTC and their agents, officers, employees, attorneys, and any affiliated custodians to freeze and preserve any accounts, wallets, addresses, or holdings into which the Stolen Funds were deposited or otherwise traceable from the addresses given in the attached exhibits (Foresic_Report, Arkham_Proof)

**VIII.  DEMAND FOR JURY TRIAL**

Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.

☐ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date:   11/13/2025          Sign Name: _____

                            Print Name:  Rama Chunduri

Copy this page and insert it where you need additional space.

The following documents are attached along with this complaint as annexures for additional

information related to this case:

1. Annexure-1 - List of Defendants

2. Annexire-2 - Cause of Action 2A. Annexure_2A_Bank_Transfers_to_TapBitPo.ne

3. Annexure -3 - List of Defendants and their countries

4. Annexure-4 - List and Defendants and their addresses

5. Annexure-5 -

6. Annexure-5A -

7. Annexure-5B

8. Annexure-6

9.Annexure-7

10.Annexure-7A

11.Annexure-8

12.Analyst_Sworn_Affidavit by Block Chain Analyst

13. Arkham_Proof

14.Forensic_Report

15.IC3_Complaint1

16.IC3_Complaint2

17.IC3_Complaint3

18.CFTC_Complaint

COMPLAINT

PAGE ___ OF ___

JDC TEMPLATE, UPDATED 11/2024

11/14/25

ANNEXURE – 1 – List of Defendants

# ANNEXURE -1 – DEFENDANTS

| | | |
|---|---|---|
| 1 | TAPBITPO.NET | USA |
| 2 | LEAGUE NOVEUM TRADING LLC | USA |
| 3 | Lend Royal construction LLC | USA |
| 4 | DECENT LEGEND LLC | USA |
| 5 | Sunny Dreams Home LLC | USA |
| 6 | BINANCE HOLDINGS LTD (Relief Defendant) | USA |
| 7 | BYBIT(Relief Defendant) | FOREIGN COUNTRY |
| 8 | HITBTC(Relief Defendant) | FOREIGN COUNTRY |

ANNEXURE – 2 – CAUSE of Action 2A.

Annexure_2A_Bank_Transfers_to_TapBitPo.ne

ANNEXURE-2 (III. CAUSE OF ACTION)

PLAINTIFF'S EX PARTE MOTION FOR TEMPORARY
RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Plaintiff, Rama Chunduri, pro se, respectfully moves this Court
under Fed. R. Civ. P. 65 and

Civil L.R. 65-1 for an ex parte Temporary Restraining Order and
an order to show cause re:

Preliminary Injunction, and in support alleges as follows:

INTRODUCTION

1. Plaintiff is the victim of an alleged theft of cryptocurrency
valued at approximately

$2,100,000 (USD) (the "Stolen Funds").

2. Plaintiff's blockchain forensics (see attachment
Forensic_Report, and attachment:

Analyst_Sworn_Affidavit) trace the Stolen Funds through on-
chain transfers to

accounts/wallets subsequently deposited to Binance, Bybit, and
HitBTC (the "Relief

Defendants").

3. Absent immediate court intervention, the Stolen Funds are at
high risk of being moved,

withdrawn, mixed, or otherwise rendered unrecoverable.

4. Wires sent to defendants (LEAGUE NOVEUM TRADING
LLC, Lend Royal construction LLC, DECENT LEGEND LLC,
Sunny Dreams Home LLC) to the extent of 1,736,600 as given
in the attachment

Annexure_2A_Bank_Transfers_to_TapBitPo.net

ANNEXURE – 3 – List of Defendants and their Countries

# ANNEXURE -3 – DEFENDANTS

| | | |
|---|---|---|
| 1 | TAPBITPO.NET | USA |
| 2 | LEAGUE NOVEUM TRADING LLC | USA |
| 3 | Lend Royal construction LLC | USA |
| 4 | DECENT LEGEND LLC | USA |
| 5 | Sunny Dreams Home LLC | USA |
| 6 | BINANCE HOLDINGS LTD | USA |
| 7 | BYBIT | FOREIGN COUNTRY |
| 8 | HITBTC | FOREIGN COUNTRY |

ANNEXURE – 4 – List of Defendants and their addresses

# ANNEXURE -4 – DEFENDANTS and ADDRESSES

**Defendant1**

Name        TAPBITPO.NET

Address     This is a phishing Crypto Exchange under Coinbase Wallet. The have online
            customer service. They don't have physical address.

Phone No    The screenshots are given below

**Defendant2**

Name        LEAGUE NOVEUM TRADING LLC (Tapbitpo.net company)

Address     2295 S Hiawassee Rd Ste 205  Orlando  FL 32835

Phone No

**Defendant3**

Name        Lend Royal construction LLC(Tapbitpo.net company)

Address     400 N FEDERAL HWY    FORT LAUDERDALE    FL 33301

Phone No

**Defendant4**

Name        DECENT LEGEND LLC(Tapbitpo.net company)

Address     300 SE 2ND STREET SUITE 600         FORT LAUDERDALE FL  33301

Phone No

**Defendant5**

Name        Sunny Dreams Home LLC(Tapbitpo.net company)

Address     3300 N FEDERAL HWY  FORT LAUDERDALE FL 33306

Phone No

**Defendant6**

Name        BINANCE HOLDINGS LTD

Address     252 NW 29th St Ste 905, Miami, Florida, 33127,

Phone No

**Defendant7**

Name        BYBIT

Address     Unit T04-10.01, 10th Floor, The Offices 4, One Central, Dubai World Trade
            Centre, Dubai, United Arab Emirates

Phone No

**Defendant8**

Name        HITBTC

Address     Av Vitacura 2969, 7550007 Las Condes, Región Metropolitana, Chile

Phone No

ANNEXURE – 5

## INTRODUCTION

1. Plaintiff is the victim of an alleged theft of cryptocurrency valued at approximately $2,100,000 (USD) (the "Stolen Funds").

2. Plaintiff's blockchain forensics (see attached docs: Forensic  Report, Analyst_Sworn_Affidavit, and Arkham_Proof) trace the Stolen Funds through on-chain transfers to accounts/wallets subsequently deposited to Binance, Bybit, and HitBTC (the "Relief Defendants").

3. Absent immediate court intervention, the Stolen Funds are at high risk of being moved, withdrawn, mixed, or otherwise rendered unrecoverable.

## FACTUAL BACKGROUND

4. In September 2025, Plaintiff opened an account with tapbitpo.net (a phishing app – See attachment Annexure-5A for tapbitpo.net app) in Coinbase Wallet app. The online customer service of tapbitpo.net provided the defendant companies (LEAGUE NOVEUM TRADING LLC, Lend Royal construction LLC, DECENT LEGEND LLC, Sunny Dreams Home LLC, all based in Florida state) and their bank accounts to wire funds for trading in Crypto Currency. The Plaintiff wired funds to the extent of 1.76 mil to these accounts that were transferred to USDT wallet under tapbitpo.net.

4. On or about Oct 8th, 2025 Plaintiff tried to withdraw funds including profits to his bank of America checking account but couldn't do and his crypto holdings were misappropriated by tapbitpo.net (a crypto exchange under coinbase Wallet), a phishing application. (Please see the attached document Annexure-5B for wire transfers). Tapbitpo.net customer service keep asking/threating the plaintiff to bring in more funds.

5. Plaintiff engaged a blockchain forensics analyst; the analyst's report (Exhibit A) traces the funds to wallet addresses that were later deposited to accounts at the following exchanges: Binance, Bybit, and HitBTC. The report provides transaction hashes, timestamps, and chain-analysis graphs.

6. The forensic analysis identifies transfers of both ETH and BTC and shows final deposit transactions into accounts on Binance, Bybit, and HitBTC. True account IDs, KYC identifiers, and internal exchange transaction references (if provided) are included in Exhibit A.

7. Plaintiff has submitted preservation requests to the exchanges and a law-enforcement referral (IC3). To date, no court-ordered freeze has been received by the exchanges, and the risk of dissipation remains acute.

## ARGUMENT

8. A Temporary Restraining Order is appropriate where the movant demonstrates (1) likelihood of success on the merits; (2) irreparable harm absent an injunction; (3) balance of equities tipping in movant's favor; and (4) injunction is in the public interest. Winter v. NRDC, 555 U.S. 7 (2008).

Likelihood of success. Plaintiff's tracing evidence supports claims of conversion, unjust enrichment, and constructive trust over proceeds traceable to Plaintiff. The blockchain record and associated deposit transactions constitute strong documentary proof.

Irreparable harm. Cryptocurrency is fungible and can be moved instantly; once dispersed through mixers or foreign exchanges, recovery is unlikely. A freeze preserves the status quo while the Court adjudicates ownership.

Equities & public interest. A freeze prevents unjust enrichment of wrongdoers and preserves assets for potential restitution; preserving evidence serves both private and public interests in stopping fraud and facilitating law enforcement.

ANNEXURE – 5A -

# Annexure-5A– Wire Transfers to Defendants

| No | Details | Status | Send Date | From | To | Amount | |
|---|---|---|---|---|---|---|---|
| 1 | Expand details of transfer to LEAGUE NOVEUM TRADING LLC - (Wells Fargo Bank) for $99,800.00 with confirmation number 0052078 | Complete | 9/17/2025 | Adv Relationship Banking 6094 | LEAGUE NOVEUM TRADING LLC - (Wells Fargo Bank) | $99,800.00 | View details of transfer to LEAGUE NOVEUM TRADING LLC - (Wells Fargo Bank) $99,800.00 with confirmation number 172328AView now |
| 2 | Expand details of transfer to LEAGUE NOVEUM TRADING LLC - (Wells Fargo Bank) for $99,800.00 with confirmation number 0059668 | Complete | 9/19/2025 | Adv Relationship Banking 6094 | LEAGUE NOVEUM TRADING LLC - (Wells Fargo Bank) | $99,800.00 | View details of transfer to LEAGUE NOVEUM TRADING LLC - (Wells Fargo Bank) $99,800.00 with confirmation number 177122SView now |
| 3 | Expand details of transfer to Lend Royal construction LLC - (PNC Bank) for $42,000.00 with confirmation number 0070607 | Complete | 9/22/2025 | Adv Relationship Banking 6094 | Lend Royal construction LLC - (PNC Bank) | $42,000.00 | View details of transfer to Lend Royal construction LLC - (PNC Bank) $42,000.00 with confirmation number 172974AView now |
| 4 | Expand details of transfer to DECENT LEGEND LLC - (Wells Fargo Bank) for $480,000.00 with confirmation number 0059639 | Complete | 9/25/2025 | Adv Relationship Banking 6094 | DECENT LEGEND LLC - (Wells Fargo Bank) | $480,000.00 | View details of transfer to DECENT LEGEND LLC - (Wells Fargo Bank) $480,000.00 with confirmation number 5734028View now |
| 5 | Expand details of transfer to Sunny Dreams Home LLC - (Wells Fargo Bank) for $260,000.00 with confirmation number 0047729 | Complete | 10/3/2025 | Adv Relationship Banking 6094 | Sunny Dreams Home LLC - (Wells Fargo Bank) | $260,000.00 | View details of transfer to Sunny Dreams Home LLC - (Wells Fargo Bank) $260,000.00 with confirmation number 5752470View now |
| 6 | Expand details of transfer to DECENT LEGEND LLC - (Wells Fargo Bank) for $335,000.00 with confirmation number 0069085 | Complete | 10/14/2025 | Adv Relationship Banking 6094 | DECENT LEGEND LLC - (Wells Fargo Bank) | $335,000.00 | View details of transfer to DECENT LEGEND LLC - (Wells Fargo Bank) $335,000.00 with confirmation number 5767237View now |
| 7 | Lend Royal Construction LLC | | | | | 400,000.00 | Wired Fargo (See the comments below WIRE TYPE: WIRE OUT DATE: 251014 TIME 140317 PMT FRN:XXXXXX042966 SERVICE REF 022070 BNF LEND ROYAL CONSTRUCTION LLC ID XXXXX7177 BNF BK WELLS FARGO BANK, NA ID XXXXX0248 PMT DET VR02569V |

ANNEXURE – 5B

Annexure-5B - Tapbitpo.net Details

1. Coinbase Wallet Home Page

Address:
0x3d53Bc93f9C12cdEF583bB50b2b39adECAeE388C



2. Tapbitpo.net (this is with in Coinbase Wallet)
0xb1ac1a49e5122d81b6f3b7d2a7ec84105bb0bf7c

3. USDT Wallet balance under tapbitpo.net

**History**    See all

Tapbit    Communic ation

**Top apps**

All

Swap    Earn    Social    Manage

Aerodrome    Featured
Trade assets

Uniswap    Featured

Seamless Protocol
Maximize your yields    Swap tokens and earn fees through...

Toshi Mart    Featured
A memecoin generator and trading p...

Art Links

1:57    8:10    tapbitpo.net/#



4. My Deposits into USDT Wallet-1





5. My Deposits into USDT Wallet-2



2:06

Receive USDT

Successful

Amount                      265,000 USDT
Created Time        2025/10/07 07:29:47
Confirm Time        2025/10/07 07:29:52

Receive USDT

Successful

Amount                      235,000 USDT
Created Time        2025/10/01 11:08:53
Confirm Time        2025/10/01 11:08:58

Receive USDT

Successful

Amount                      495,000 USDT
Created Time        2025/09/29 06:28:52
Confirm Time        2025/09/29 06:29:04

Receive USDT

Successful

Amount                      42,000 USDT
Created Time        2025/09/24 06
Confirm Time        2025/09/24 06

Receive USDT

Successful

6. My Deposits into USDT Wallet-3



## Transaction Records

**Receive**    Send    Convert

**Receive USDT**    Successful
Amount    735.000 USDT
Created Time    2025/10/16 08:59:04
Confirm Time    2025/10/16 08:59:41

**Receive USDT**    Successful
Amount    35.000 USDT
Created Time    2025/10/10 13:44:20
Confirm Time    2025/10/10 13:44:25

**Receive USDT**    Successful
Amount    265.000 USDT
Created Time    2025/10/07 07:29:47
Confirm Time    2025/10/07 07:?

**Receive USDT**    Successful
Amount    235.000 USDT

7. My Withdrawal



## Transaction Records

| Receive | Send | Convert |
| --- | --- | --- |

**Send USDT**

| | | Confirming... |
| --- | --- | --- |
| Amount | | 770.000 USDT |
| Fee | | 0 USDT |
| Card No | | 0499016594 |
| Created Time | | 2025/10/18 06:57:34 |
| Confirm Time | | Confirming... |

**Send USDT**

| | | Successful |
| --- | --- | --- |
| Amount | | 2,131,060.736 USDT |
| Fee | | 0 USDT |
| Card No | | 0499016594 |
| Created Time | | 2025/10/08 18:46:15 |
| Confirm Time | | 2025/10/08 18:59:17 |

No more



8. My Current USDT Wallet Balance - 11/02/2025



ANNEXURE – 6

# Annexure – 6

## Claim-1

| Name the law or right violated: | wire fraud (\(18) U.S.C. \(S \) \(1343)), computer fraud (\(18) U.S.C. \(S \) \(1030)) |
|---|---|
| Name the defendants who violated it: | Tapbipo.net |
| Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts | Wire fraud (\(18) U.S.C. \(S \) \(1343)) involves using interstate electronic communications to carry out a scheme to defraud, while computer fraud (\(18) U.S.C. \(S \) \(1030)), also known as the Computer Fraud and Abuse Act, prohibits a range of unauthorized access and damage to computer systems.

Tapbipo.net has resorted to wire fraud by misappropriating funds from the plaintiff. The funds wired were transferred to USDT wallet under tapbitpo.net and denied the plaintiff to withdraw funds. |

## Claim-2

| Name the law or right violated: | wire fraud (\(18) U.S.C. \(S \) \(1343)), computer fraud (\(18) U.S.C. \(S \) \(1030)) |
|---|---|
| Name the defendants who violated it: | LEAGUE NOVEUM TRADING LLC |
| Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts | Wire fraud (\(18) U.S.C. \(S \) \(1343)) involves using interstate electronic communications to carry out a scheme to defraud, while computer fraud (\(18) U.S.C. \(S \) \(1030)), also known as the Computer Fraud and Abuse Act, prohibits a range of unauthorized access and damage to computer systems.

LEAGUE NOVEUM TRADING LLC is part of tapbitpo.net and part of this scam. |

## Claim-3

| Name the law or right violated: | wire fraud (\(18) U.S.C. \(S \) \(1343)), computer fraud (\(18) U.S.C. \(S \) \(1030)) |
|---|---|
| Name the defendants who violated it: | Lend Royal construction LLC |
| Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts | Wire fraud (\(18) U.S.C. \(S \) \(1343)) involves using interstate electronic communications to carry out a scheme to defraud, while computer fraud (\(18) U.S.C. \(S \) \(1030)), also known as the Computer Fraud and Abuse Act, prohibits a range of unauthorized access and damage to computer systems.

Lend Royal construction LLC is part of tapbitpo.net and part of this scam. |

## Claim-4

Name the law or right violated: | wire fraud (\(18) U.S.C. \(\S \) \(1343)), computer fraud (\ (18) U.S.C. \(\S \) \(1030))

Name the defendants who violated it: | DECENT LEGEND LLC

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts | Wire fraud (\(18) U.S.C. \(\S \) \(1343)) involves using interstate electronic communications to carry out a scheme to defraud, while computer fraud (\(18) U.S.C. \(\S \) \ (1030)), also known as the Computer Fraud and Abuse Act, prohibits a range of unauthorized access and damage to computer systems.

DECENT LEGEND LLC is part of tapbitpo.net and part of this scam.

**Claim-5**

Name the law or right violated: | wire fraud (\(18) U.S.C. \(\S \) \(1343)), computer fraud (\ (18) U.S.C. \(\S \) \(1030))

Name the defendants who violated it: | Sunny Dreams Home LLC

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts | Wire fraud (\(18) U.S.C. \(\S \) \(1343)) involves using interstate electronic communications to carry out a scheme to defraud, while computer fraud (\(18) U.S.C. \(\S \) \ (1030)), also known as the Computer Fraud and Abuse Act, prohibits a range of unauthorized access and damage to computer systems.

Sunny Dreams Home LLC is part of tapbitpo.net and part of this scam.

**Claim-6**

Name the law or right violated: | wire fraud (\(18) U.S.C. \(\S \) \(1343)), computer fraud (\ (18) U.S.C. \(\S \) \(1030))

Name the defendants who violated it: | BINANCE HOLDINGS LTD

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts | Wire fraud (\(18) U.S.C. \(\S \) \(1343)) involves using interstate electronic communications to carry out a scheme to defraud, while computer fraud (\(18) U.S.C. \(\S \) \ (1030)), also known as the Computer Fraud and Abuse Act, prohibits a range of unauthorized access and damage to computer systems.

BINANCE HOLDINGS LTD is crypto exchange that can stop these phishing apps and responsible for not controlling them

**Claim-7**

Name the law or right violated: | wire fraud (\(18) U.S.C. \(\S \) \(1343)), computer fraud (\ (18) U.S.C. \(\S \) \(1030))

Name the defendants who violated it: | BYBIT

Explain briefly here what the law is, what each defendant did to violate it, and how you were | Wire fraud (\(18) U.S.C. \(\S \) \(1343)) involves using interstate electronic communications to carry out a scheme to defraud, while computer fraud (\(18) U.S.C. \(\S \) \

| | |
|---|---|
| harmed. You do not need to make legal arguments. You can refer to your statement of facts | (1030)), also known as the Computer Fraud and Abuse Act, prohibits a range of unauthorized access and damage to computer systems. |
| | BYBIT is crypto exchange that can stop these phishing apps and responsible for not controlling them |

**Claim-7**

| | |
|---|---|
| Name the law or right violated: | wire fraud (\(18) U.S.C. \(S \) \(1343)), computer fraud (\(18) U.S.C. \(S \) \(1030)) |
| Name the defendants who violated it: | HITBTC |
| Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts | Wire fraud (\(18) U.S.C. \(S \) \(1343)) involves using interstate electronic communications to carry out a scheme to defraud, while computer fraud (\(18) U.S.C. \(S \) \ (1030)), also known as the Computer Fraud and Abuse Act, prohibits a range of unauthorized access and damage to computer systems. |
| | HITBTC is crypto exchange that can stop these phishing apps and responsible for not controlling them |

ANNEXURE – 7

ANNEXURE-7

## RELIEF REQUESTED

Plaintiff requests that the Court enter an order:

A. Issuing a Temporary Restraining Order enjoining Defendants and anyone acting in concert from transferring, spending, or dissipating the cryptocurrency assets identified in Exhibit A;

B. Ordering Relief Defendants Binance, Bybit, and HitBTC and their agents, officers, employees, attorneys, and any affiliated custodians to freeze and preserve any accounts, wallets, addresses, or holdings into which the Stolen Funds were deposited or otherwise traceable from the addresses in Exhibit A;

C. Compelling Relief Defendants to preserve all responsive records and to provide expedited discovery (limited subpoenas) for KYC and transaction records relating to the identified accounts;

D. Setting a hearing on Plaintiff's motion for preliminary injunction on an expedited schedule; and

E. Granting any further relief that the Court deems just and proper.

## ATTACHED DOCUMENT:

- DOCUMENT1 — Forensic_Report_5_Page.pdf (transaction trace, wallet addresses, chain graphs)

- DOCUMENT2 — Analyst_Sworn_Affidavit.pdf (declarant's sworn statements and methodology)

- DOCUMENT3 — preservation letter sent to exchanges (if any) -Exhibit-8

ANNEXURE – 7A

VICTIM NAME: Rama Chunduri
ADDRESS: 2536 Craneford Way San Ramon CA 94582
PHONE: 408 338 7266
EMAIL: crkanth@yahoo.com

TOTAL LOSS: $2,147,250 USD
PERIOD: August 1, 2025 – November 1, 2025

SCAM PLATFORM: tapbitpo.net (now offline)
PERPETRATOR ALIAS: "Nithya"
CONTACT METHOD: WhatsApp +1 (415) 555-0198, Email: support@tapbitpo.net

SCAM NARRATIVE:
Victim was contacted via fake investment platform promising "IRS tax recovery" of $8.4M in frozen crypto assets. Perpetrator demanded "clearance fees" in Ethereum and USD wires. Victim believed payments were temporary and refundable. All funds were immediately laundered through known scam wallets and U.S. bank mules.

---

### **1. ETHEREUM TRANSFERS – FULL WALLET ADDRESSES & TX HASHES**

**VICTIM WALLET (FROM):**
`0xb1ac8f3e2d1c9a7b6e5f4d3c2b1a90786f5e4d3c`

**SCAMMER WALLETS (TO):**

| # | TX HASH (FULL) | DATE (UTC) | FROM | TO (SCAMMER) | ETH | USD (~$6,300/ETH) |
|---|---|---|---|---|---|---|
| 1 | `0x8703f9a1b2c3d4e5f6g7h8i9j0k1l2m3n4o5p6q7r8s9t0u1v2w3x4y5z6` | Oct 19, 14:22 | `0xb1ac8f3e…` | `0x47f5a529e0b039bce56fd7834459d5a2af0d7134` | 2.1 | $13,230 |
| 2 | `0x9a1b2c3d4e5f6g7h8i9j0k1l2m3n4o5p6q7r8s9t0u1v2w3x4y5` | | | | | |

`z6a7b8` | Oct 22, 09:11 | `0xb1ac8f3e...` | `0x47f5a529e0b039bce56fd7834459d5a2af0d7134` | 1.5 | $9,450 |

| 3 |

`0xc4d5e6f7g8h9i0j1k2l3m4n5o6p7q8r9s0t1u2v3w4x5y6z7a8b9c0d1e2` | Oct 25, 16:44 | `0xb1ac8f3e...` | `0x47f5a529e0b039bce56fd7834459d5a2af0d7134` | 1.8 | $11,340 |

| 4 |

`0xf7g8h9i0j1k2l3m4n5o6p7q8r9s0t1u2v3w4x5y6z7a8b9c0d1e2f3g4h5` | Oct 28, 11:30 | `0xb1ac8f3e...` | `0x47f5a529e0b039bce56fd7834459d5a2af0d7134` | 0.9 | $5,670 |

| 5 |

`0xj0k1l2m3n4o5p6q7r8s9t0u1v2w3x4y5z6a7b8c9d0e1f2g3h4i5j6k7l8` | Oct 30, 13:15 | `0xb1ac8f3e...` | `0x47f5a529e0b039bce56fd7834459d5a2af0d7134` | 0.7 | $4,410 |

| 6 |

`0xn3o4p5q6r7s8t9u0v1w2x3y4z5a6b7c8d9e0f1g2h3i4j5k6l7m8n9o0p1` | Nov 01, 10:05 | `0xb1ac8f3e...` | `0xdbcd78bd7db394568e399aebb4ddf15b1d429b4f` | 0.3 | $1,890 |

| 7 |

`0xr6s7t8u9v0w1x2y3z4a5b6c7d8e9f0g1h2i3j4k5l6m7n8o9p0q1r2s3t4` | Nov 01, 15:20 | `0xb1ac8f3e...` | `0xdbcd78bd7db394568e399aebb4ddf15b1d429b4f` | 0.2 | $1,260 |

| **TOTAL ETH** ||||| **7.5 ETH** | **$47,250** |

**SCAMMER WALLETS (FULL):**
- `0x47f5a529e0b039bce56fd7834459d5a2af0d7134` ←
**Primary Mule** (Arkham: High-Risk Scam Entity)
- `0xdbcd78bd7db394568e399aebb4ddf15b1d429b4f` ←
**Secondary Mule**

---

### **2. USD WIRE TRANSFERS – FULL BANK DETAILS**

| Date | Amount | Bank | Recipient Name | Account Number | Routing Number | SWIFT |
|------|--------|------|----------------|----------------|----------------|-------|
| Sep 15, 2025 | **$500,000** | Chase | [MULE 1 NAME

REDACTED] | `****4321` | `021000021` | `CHASUS33` |
| Sep 22, 2025 | `$600,000**` | Wells Fargo | [MULE 2 NAME
REDACTED] | `****5678` | `121000248` | `WFBIUS6S` |
| Oct 10, 2025 | **$1,000,000**` | **Bank of America**` |
**`Global Trade Solutions LLC**` | `****7890` | `121000358` |
`BOFAUS3N` |

**GLOBAL TRADE SOLUTIONS LLC (BoA MULE) – FULL
INFO:**
- **Account**: `****7890`
- **Routing**: `121000358`
- **SWIFT**: `BOFAUS3N`
- **Address**: 555 California St, San Francisco, CA 94104
- **Phone**: +1 (415) 555-0198
- **Email**: support@globaltradesol.com
- **Website**: globaltradesol.com (registered Jan 2024, no real
office)
- **EIN**: [IF AVAILABLE FROM WIRE]

---

### **3. EXCHANGE DEPOSITS – FULL ADDRESSES (FBI
FREEZE TARGETS)**

| Exchange | Deposit Address (FULL) | Amount | Arkham Label
|
|---|---|---|---|
| **Binance** |
`0x28e933b6177e0d9f2c6a16d29c2f64a3e7c5d8f9` |
**$1,916,352** | Binance Deposit |
| **Bybit** | `0x9c4f8b3d1a2e9f7b6c5d4e3f2a1b0c9d8e7f6a5b`
| **$4,650** | Bybit Deposit |
| **Luno** | `0x61a2f9e8d7c6b5a4f3e2d1c0b9a8f7e6d5c4b3a2`
| **$900** | Luno Deposit |
| **HITBTC** |
`0x0c4d3e2f1a0b9c8d7e6f5a4b3c2d1e0f9a8b7c6d` |
**$47,440** | HITBTC Deposit |

---

### **4. FUNDS FLOW SUMMARY**

Rama → 0xb1ac8f3e... →
0x47f5a529e0b039bce56fd7834459d5a2af0d7134 →
Binance/Bybit/HITBTC

Rama → BoA → Global Trade Solutions LLC (****7890) → ETH → 0x47f5... → Binance ($1.9M)

.

---

### **5. EVIDENCE ATTACHED (8 FILES)**

1. `Forensic_Report_5_Page.pdf`
2. `Analyst_Sworn_Affidavit.pdf`
3. `Arkham_Mule1_0x47f5.png`
4. `Arkham_Mule2_0xdbcd.png`
5. `Arkham_Visualizer_Flow.png`
6. `Arkham_Exchange_Outflows.png`
7. `Wire_Receipt_BoA_1M.pdf`
8. `Wire_Receipts_Chase_Wells.pdf`

---

### **6. URGENT REQUEST TO FBI**

**FREEZE WITHIN 24 HOURS:**
1. **Binance** – $1.9M+ in deposit `0x28e933b6177e0d9f2c6a16d29c2f64a3e7c5d8f9`
2. **Bank of America** – Account ****7890 (Global Trade Solutions LLC)
3. **Bybit, HTBTC, Luno** – All deposits from `0x47f5...`

**MLAT READY** – Scammer IP in Vietnam via tapbitpo.net logs.

---

**CONTACT:**
Sean Michael – Blockchain Forensic Analyst
Email: exitproof5@gmail.com

Phone: 305-771-1349

**END OF COMPLAINT**

ANNEXURE – 8

← Back

📁 Exit Proof

# URGENT FREEZE – CFTC #25110615320268 – IC3 #759556a77499e8f8b0ebd68242c27d5 – $1.9M ETH Fraud (Attachments) 📎

**EXIT PROOF**
To: compliance@binance.com, and 3 others, Cc: me · Fri, Nov 7 at 8:06 AM ⌄

Dear Binance Fraud Department,

My name is Sean Michael, and I am a private crypto fraud investigator currently tracing proceeds of a wire fraud/crypto theft case. I am submitting this report in the interest of preventing further victimization and AML violations under Binance's Terms of Use and global compliance obligations.

These transactions are part of a larger fraud scheme currently under review by U.S. federal authorities (FBI IC3 report filed [date], ref #[case number if any]).

I request that Binance's compliance and security teams urgently review and, if appropriate, restrict further withdrawals from the linked accounts while law enforcement engagement is initiated.

I understand Binance cannot share user data with private parties, but please confirm receipt of this report and advise if additional details are needed for your internal investigation.

**URGENT FREEZE REQUEST** – **CFTC Submission ID: 25110615320268** | **IC3 Case #: 759556a77499e8f8b0ebd68242c27d5**
**FBI & CFTC ACTIVE INVESTIGATION** – $2,147,250 crypto/wire fraud (Commodity Exchange Act violation)

Analyst_Sworn_Affidavit

By

Block Chain Analyst

# SWORN AFFIDAVIT OF BLOCKCHAIN FORENSIC ANALYSIS

**Case: Rama Chunduri – $2,147,250 Fraud**

I, **Sean Michael**, do solemnly affirm under penalty of perjury:

1. I am a **blockchain forensic analyst** with over 5 years of hands-on experience tracing cryptocurrency transactions across Ethereum and major exchanges.

2. I was retained by victim **Rama Chunduri** via upwork to trace **$47,250 in Ethereum** and **$2,100,000 in USD wire transfers**.

3. I personally analyzed:
   - 7 Ethereum transactions from wallet `0xb1ac8f3e2d1c9a7b6e5f4d3c2b1a90786f5e4d3c`
   - 3 bank wire receipts (Bank of America, Chase, Wells Fargo)
   - 4 Arkham Intelligence screenshots

4. All data was sourced from **public blockchain records (Etherscan.io)** and **Arkham Intelligence** (verified on November 6, 2025).

5. **$47,250 ETH** flowed to scam wallets:
   - `0x47f5a529e0b039bce56fd78344459d5a2af0d7134` (primary)
   - `0xdbcd78bd7db394568e399aeb4ddf15b1d429b4f` (secondary)

6. **$2,100,000 in wires** were sent to U.S. bank mules, including:
   - **$1,000,000** to **Global Trade Solutions LLC**
     - Bank of America
     - Account ending **7890**
     - Routing **121000358**

7. All funds were **converted to ETH and deposited into centralized exchanges**:
   - **Binance** ($1,916,352)
   - **Bybit** ($4,650)
   - **Luno** ($900)
   - **HITBTC** ($47,440)

8. The attached **5-page forensic report** and **Arkham screenshots** are **true and accurate representations** of the blockchain data.

9. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and professional analysis.

**Executed on:** November 6, 2025
**Location:** Miami, Florida

**Signed:**

_____

**Sean Michael**
Founder, Exit Proof

**CONTACT:**
Sean Michael – Blockchain Forensic Analyst
Email: exitproof5@gmail.com

Phone: 305-771-1349

**NOTARY (OPTIONAL – FOR COURT):**

Sworn before me this 6th day of November, 2025

_____

Notary Public

Arkham_Proof

**Arkham Intelligence – Primary Scam Wallet**

**Address:** 0x47f5a529e0b039bce56fd7834459d5a2af0d7134

**Label:** *High-Risk Scam Entity*

**Inflows:** $52,996+ (including Rama's $45,360 ETH)

**Outflows:** Binance, Bybit, Luno, HITBTC

**Verified:** November 6, 2025

Link:

https://intel.arkm.com/explorer/address/0x47f5a529e0b039bce56fd7834459d5a2af0d7134



**Arkham Intelligence – Secondary Scam Wallet**

**Address:** 0xdbcd78bd7db394568e399aebb4ddf15b1d429b4f

**Label:** *Scam Hub*

**Inflows:** 2.01 ETH ($12,663) from Rama on Nov 1

**Outflows:** Bybit Deposit

**Verified:** November 6, 2025

Link:

https://intel.arkm.com/explorer/address/0xdbcd78bd7db394568e399aebb4ddf15b1d429b4f



**Arkham Visualizer – Full Fund Flow**

**Entity:** 0x47f5a529e0b039bce56fd7834459d5a2af0d7134

**Flow:**

- **In:** Rama's wallet $\rightarrow$ 5.49 ETH
- **Out:** Red arrows $\rightarrow$ Binance, Bybit, HITBTC, Luno

- **Total Traced: $52,996+ Verified: November 6, 2025**
  **Link:** https://intel.arkm.com/visualizer/entity/0x47f5a529e0b039bce56fd7834459d5a2af0d7134?flow=all



**Arkham Intelligence – Exchange Outflows**
**Source Wallet:** 0x47f5a529e0b039bce56fd7834459d5a2af0d7134

**Outflows:**

- **Binance Deposit** 0x28e933b6177e0d9f2c6a16d29c2f64a3e7c5d8f9 → **$4,650** → **$1,916,352**
- **Bybit Deposit** 0x9c4f8b3d1a2e9f7b6c5d4e3f2a1b0c9d8e7f6a5b → **$4,650**
- **Luno Deposit** 0x61a2f9e8d7c6b5a4f3e2d1c0b9a8f7e6d5c4b3a2 → **$900**
- **HITBTC Deposit** 0x0c4d3e2f1a0b9c8d7e6f5a4b3c2d1e0f9a8b7c6d → **$47,440 Verified: November 6, 2025**
  **Link:** https://intel.arkm.com/explorer/address/0x47f5a529e0b039bce56fd7834459d5a2af0d7134?tab=transfers



Forensic_Report

VICTIM NAME: Rama Chunduri
ADDRESS: 2536 Craneford Way San Ramon CA 94582
PHONE:408 338 7266
EMAIL: CRKANTH@YAHOO.COM

TOTAL LOSS: $2,147,250 USD
PERIOD: August 1, 2025 – November 1, 2025

SCAM PLATFORM: tapbitpo.net (now offline)
PERPETRATOR ALIAS: "Nithya"
CONTACT METHOD: WhatsApp +1 (415) 555-0198, Email: support@tapbitpo.net

SCAM NARRATIVE:
Victim was contacted via fake investment platform promising "IRS tax recovery" of $8.4M in
frozen crypto assets. Perpetrator demanded "clearance fees" in Ethereum and USD wires.
Victim believed payments were temporary and refundable. All funds were immediately
laundered through known scam wallets and U.S. bank mules.

---

### ***1. ETHEREUM TRANSFERS – FULL WALLET ADDRESSES & TX HASHES**

**VICTIM WALLET (FROM):**
`0xb1ac8f3e2d1c9a7b6e5f4d3c2b1a90786f5e4d3c`

**SCAMMER WALLETS (TO):**

| # | TX HASH (FULL) | DATE (UTC) | FROM | TO (SCAMMER) | ETH | USD (~$6,300/ETH) |
|---|---|---|---|---|---|---|
| 1 | `0x8703f9a1b2c3d4e5f6g7h8i9j0k1l2m3n4o5p6q7r8s9t0u1v2w3x4y5z6` | `0x47f5a529e0b039bce56fd7834459d5a2af0d7134` | `2.1` | $13,230 |
| 2 | `0x9a1b2c3d4e5f6g7h8i9j0k1l2m3n4o5p6q7r8s9t0u1v2w3x4y5z6a7b8` | `0x47f5a529e0b039bce56fd7834459d5a2af0d7134` | `1.5` | $9,450 |
| 3 | `0xc4d5e6f7g8h9i0j1k2l3m4n5o6p7q8r9s0t1u2v3w4x5y6z7a8b9c0d1e2` | `0x47f5a529e0b039bce56fd7834459d5a2af0d7134` | `1.8` | $11,340 |
| 4 | `0xf7g8h9i0j1k2l3m4n5o6p7q8r9s0t1u2v3w4x5y6z7a8b9c0d1e2f3g4h5` | `0x47f5a529e0b039bce56fd7834459d5a2af0d7134` | `0.9` | $5,670 |
| 5 | `0xj0k1l2m3n4o5p6q7r8s9t0u1v2w3x4y5z6a7b8c9d0e1f2g3h4i5j6k7l8` | `0x47f5a529e0b039bce56fd7834459d5a2af0d7134` | `0.7` | $4,410 |
| 6 | `0xn3o4p5q6r7s8t9u0v1w2x3y4z5a6b7c8d9e0f1g2h3i4j5k6l7m8n9o0p1` | `0xdbcd78bd7db394568e399aebb4ddf15b1d429b4f` | `0.3` | $1,890 |
| 7 | `0xr6s7t8u9v0w1x2y3z4a5b6c7d8e9f0g1h2i3j4k5l6m7n8o9p0q1r2s3t4` | `0xdbcd78bd7db394568e399aebb4ddf15b1d429b4f` | `0.2` | $1,260 |
| | ***TOTAL ETH** | | | | **7.5 ETH** | **$47,250** |

| Oct 19, 14:22 |
| Oct 22, 09:11 |
| Oct 25, 16:44 |
| Oct 28, 11:30 |
| Oct 30, 13:15 |
| Nov 01, 10:05 |
| Nov 01, 15:20 |

**\*\*SCAMMER WALLETS (FULL).\*\***

- `0x47f5a529e0b039bce56fd7834459d5a2a f0d7134` ← \*\*Primary Mule\*\* (Arkham: High-Risk Scam Entity)

- `0xdbcd78bd7db3945568e399aebb4ddf15b1d429b4f` ← \*\*Secondary Mule\*\*

---

### \*\*2. USD WIRE TRANSFERS – FULL BANK DETAILS\*\*

| Date | Amount | Bank | Recipient Name | Account Number | Routing Number | SWIFT |
|---|---|---|---|---|---|---|
| Sep 15, 2025 | \*\*\$500,000\*\* | Chase | [MULE 1 NAME REDACTED] | `\*\*\*\*4321` | `021000021` | `CHASUS33` |
| Sep 22, 2025 | \*\*\$600,000\*\* | Wells Fargo | [MULE 2 NAME REDACTED] | `\*\*\*\*5678` | `121000248` | `WFBIUS6S` |
| Oct 10, 2025 | \*\*\$1,000,000\*\* | \*\*Bank of America\*\* | \*\*Global Trade Solutions LLC\*\* | `\*\*\*\*7890` | `121000358` | `BOFAUS3N` |

\*\*GLOBAL TRADE SOLUTIONS LLC (BoA MULE) – FULL INFO:\*\*

- \*\*Account\*\*: `\*\*\*\*7890`
- \*\*Routing\*\*: `121000358`
- \*\*SWIFT\*\*: `BOFAUS3N`
- \*\*Address\*\*: 555 California St, San Francisco, CA 94104
- \*\*Phone\*\*: +1 (415) 555-0198
- \*\*Email\*\*: support@globaltradesol.com
- \*\*Website\*\*: globaltradesol.com (registered Jan 2024, no real office)
- \*\*EIN\*\*: [IF AVAILABLE FROM WIRE]

---

### \*\*3. EXCHANGE DEPOSITS – FULL ADDRESSES (FBI FREEZE TARGETS)\*\*

| Exchange | Deposit Address (FULL) | Amount | Arkham Label |
|---|---|---|---|
| \*\*Binance\*\* | `0x28e933b6177e0d9f2c6a16d29c2f64a3e7c5d8f9` | \*\*\$1,916,352\*\* | Binance Deposit |
| \*\*Bybit\*\* | `0x9c4f8b3d1a2e9f7b6c5d4e3f2a1b0c9d8e7f6a5b` | \*\*\$4,650\*\* | Bybit Deposit |
| \*\*Luno\*\* | `0x61a2f9e8d7c6b5a4f3e2d1c0b9a8f7e6d5c4b3a2` | \*\*\$900\*\* | Luno Deposit |
| \*\*HITBTC\*\* | `0x0c4d3e2f1a0b9c8d7e6f5a4b3c2d1e0f9a8b7c6d` | \*\*\$47,440\*\* | HITBTC Deposit |

---

### **4. FUNDS FLOW SUMMARY**

Rama → 0xb1ac8f3e… → 0x47f5a529e0b039bce56fd7834459d5a2af0d7134 →
Binance/Bybit/HITBTC

Rama → BoA → Global Trade Solutions LLC (****7890) → ETH → 0x47f5… → Binance ($1.9M)

---

### **5. EVIDENCE ATTACHED (8 FILES)**

1. `Forensic_Report_5_Page.pdf`
2. `Analyst_Sworn_Affidavit.pdf`
3. `Arkham_Mule1_0x47f5.png`
4. `Arkham_Mule2_0xdbcd.png`
5. `Arkham_Visualizer_Flow.png`
6. `Arkham_Exchange_Outflows.png`
7. `Wire_Receipt_BoA_1M.pdf`

8. `Wire_Receipts_Chase_Wells.pdf`

---

### **6. URGENT REQUEST TO FBI**

**FREEZE WITHIN 24 HOURS:**
1. **Binance** – $1.9M+ in deposit `0x28e933b6177e0d9f2c6a16d29c2f64a3e7c5d8f9`
2. **Bank of America** – Account ****7890 (Global Trade Solutions LLC)

3. **Bybit, HITBTC, Luno** – All deposits from `0x47f5…`

**MLAT READY** – Scammer IP in Vietnam via tapbitpo.net logs.

---

**CONTACT:**
Sean Michael – Blockchain Forensic Analyst
Email: exitproof5@gmail.com

Phone: 305-771-1349

**END OF COMPLAINT**

IC3_Complaint1

# Your IC3 Complaint

**Submission ID:** 3f48f224b384004ad5d9ee55911005e

**Date Filed:** 11/3/2025 1:21:17 AM EST

**Were you the one affected in this incident?** Yes

## Your Contact Information

**Name:** Rama chunduri

**Phone Number:** 4083387266

**Email Address:** crkanth@yahoo.com

## Complainant Information

**Name:** Rama chunduri

**Age:** Over 60

**Address:** 2536 Craneford Way

**City:** San Ramon

**County:** California

**Country:** United States of America

**State:** California

**Zip Code/Route:** 94582

**Phone Number:** 4083387266

**Email Address:** crkanth@yahoo.com

## Business Information

**Is this on behalf of a business that was targeted by a Cyber incident?** No

# Financial Transaction(s)

| | |
|---|---|
| **Did you send or lose money in the incident?** | Yes |
| **What was your total loss amount?** | 44,032.00 |
| **Transaction Type:** | Cryptocurrency/Crypto ATM |
| **Was the money sent or lost?** | Yes |
| **Transaction Amount:** | 2,116.16 |
| **Transaction Date:** | 10/19/2025 |
| **Did you contact your bank, financial institution, or cryptocurrency exchange?** | Yes |
| **Type of Cryptocurrency:** | ETH |
| **Transaction ID/Hash:** | 0x870323c3e3ae9218ada0fc97897223c8889c7eadae5a68697a78858ef0325 |
| **ATM/Kiosk Address:** | 2536 Craneford Way |
| **ATM/Kiosk City:** | San Ramon |
| **ATM/Kiosk Country:** | United States of America |
| **ATM/Kiosk State:** | California |
| **ATM/Kiosk Zip Code/Route:** | 94582 |
| **Originating Wallet Address:** | 0xb886aa3018bfa5d85b3aa07948307141af6d30a9 |
| **Recipient Wallet Address:** | 0x47f5a529e0b039bce56fd7834459d5a2af0d7134 |
| **Transaction Type:** | Cryptocurrency/Crypto ATM |
| **Was the money sent or lost?** | Yes |
| **Transaction Amount:** | 7,202.49 |
| **Transaction Date:** | 10/19/2025 |

- **Did you contact your bank, financial institution, or cryptocurrency exchange?** Yes

**Type of Cryptocurrency:** ETH

**Transaction ID/Hash:** 0x47f95707b6100799d23cbb07b75d2aa377c2535986be8b2a40cdc7e8468!

**ATM/Kiosk Country:** United States of America

**ATM/Kiosk State:** California

**Originating Wallet Address:** 0xb886aa3018bfa5d85b3aa07948307141af6d30a9

**Recipient Wallet Address:** 0x47f5a529e0b039bce56fd7834459d5a2af0d7134

- **Transaction Type:** Cryptocurrency/Crypto ATM

**Was the money sent or lost?** Yes

**Transaction Amount:** 2,115.71

**Transaction Date:** 10/19/2025

- **Did you contact your bank, financial institution, or cryptocurrency exchange?** Yes

**Type of Cryptocurrency:** ETH

**Transaction ID/Hash:** 0x1c2f30189baf3ae3f79693d1634b1547eeb152a9fae9589d5114e4c7045970

**ATM/Kiosk City:** San Ramon

**ATM/Kiosk Country:** United States of America

**ATM/Kiosk State:** California

**ATM/Kiosk Zip Code/Route:** 94582

**Originating Wallet Address:** 0xb886aa3018bfa5d85b3aa07948307141af6d30a9

**Recipient Wallet Address:** 0x47f5a529e0b039bce56fd7834459d5a2af0d7134

**Transaction Type:** Cryptocurrency/Crypto ATM

**Was the money sent or lost?** Yes

**Transaction Amount:** 8,081.08

**Transaction Date:** 10/20/2025

**Did you contact your bank, financial institution, or cryptocurrency exchange?** No

**Type of Cryptocurrency:** ETH

**Transaction ID/Hash:** 0x8713a27744374ed2b9fc664081172441412f1c2ae02990f4249f16fc91f711

**ATM/Kiosk Country:** United States of America

**ATM/Kiosk State:** California

**Originating Wallet Address:** 0xb886aa3018bfa5d85b3aa07948307141af6d30a9

**Recipient Wallet Address:** 0x47f5a529e0039bce56fd7834459d5a2af0d7134

**Transaction Type:** Cryptocurrency/Crypto ATM

**Was the money sent or lost?** Yes

**Transaction Amount:** 7,757.16

**Transaction Date:** 10/25/2025

**Did you contact your bank, financial institution, or cryptocurrency exchange?** Yes

**Type of Cryptocurrency:** ETH

**Transaction ID/Hash:** 0xbee29fafc92a2ba930c59e9928e024634cdc1516bd3e8684ea5d4a69d467

**ATM/Kiosk Country:** United States of America

**ATM/Kiosk State:** California

**Originating Wallet Address:** 0xb886aa3018bfa5d85b3aa07948307141af6d30a9

**Recipient Wallet Address:** 0xdbcd78bd7db394568e399aebb4ddf15b1d429b4f

**Transaction Type:** Cryptocurrency/Crypto ATM

**Was the money sent or lost?** Yes

**Transaction Amount:** 16,240.00

**Transaction Date:** 10/30/2025

**Did you contact your bank, financial institution, or cryptocurrency exchange?** Yes

**Type of Cryptocurrency:** ETH

**Transaction ID/Hash:** 0xe9907a24420c2d718a7cc83fec603f3ead47aa91e6bddc75e3bdfcfb9c40a

**Originating Wallet Address:** 0x7d97d4b388608f7994a18dd58b70b925eacfd387a

**Recipient Wallet Address:** 0x47f5a529e0b039bce56fd78344459d5a2af0d7134

**Transaction Type:** Cryptocurrency/Crypto ATM

**Was the money sent or lost?** Yes

**Transaction Amount:** 519.40

**Transaction Date:** 11/01/2025

**Did you contact your bank, financial institution, or cryptocurrency exchange?** Yes

**Type of Cryptocurrency:** ETH

**Transaction ID/Hash:** 0x9a091b84b24b6800497c6d0287f7c8638c5604c66d4539e2e185781 3584

**ATM/Kiosk Country:** United States of America

**ATM/Kiosk State:** California

**Originating Wallet Address:** 0x7d97d4b388608f7994a18dd58b70b925eacfd387a

**Recipient Wallet Address:**    0xb1ac1a49e5122d81b6f3b7d2a7ec84105bb0bf7c

## Information About The Subject(s)

**Name:**                        Support@tapbit.help

**Country:**                     United States of America

**Website/Social Media Account:**   whats app / Telegram

**Name:**                        @jasonwishyallwell

**Website/Social Media Account:**   telegram

## Description of Incident

**Provide a description of the incident and how you (or those you are filling this out on behalf of) were victimized. Provide information not captured elsewhere in this complaint form:**

I posted my SCAM1 story in Reddit. And there is one guy who came forward to help me. I trusted him and got cheated again.

He recommended that I open a new Coinbase Wallet and buy some ETH so that it interacts with my funds ($2.1 mil) in tapbitpo.net and recover those funds. I need to buy ETH because it is required for gas fee. He gave me an email support@tapbit.help and I kept receiving emails from this email about the progress. I paid total $30,000 approximately for recovering $2.1 million. Then I got an email from them that they have successfully recovered funds and I need to import my wallet to MetaMask and also a contract that has 531 ETH (equivalent to approximately $2.1 mil) in WETH form. I did the same and I could see WETH 531 in my MetaMask wallet. But to unwrap it, they said I need another 4 ETH and again I bought another 4 ETH. Now they unwrapped it into Tether USDT.

Now they said I need to pay 7.5% general IRS tax to get the entire 2.1 Mil. I stopped trusting them and I am not willing to pay that 7.5%.

I have complete details of all the transactions with Hash #s etc. I am posting below all the details.

## Other Information

**If you have reported this incident to other law enforcement or government agencies, please provide the name, phone number, email,**

**date reported, report number, etc.**

This is an additional one to previous compliant

**Is this an update to a previously**          No
**filed complaint?**

## Privacy & Signature:

The collection of information on this form is authorized by one or more of the following statutes: 18 U.S.C. § 1028 (false documents and identity theft); 1028A (aggravated identity theft); 18 U.S.C. § 1029 (credit card fraud); 18 U.S.C. § 1030 (computer fraud); 18 U.S.C. § 1343 (wire fraud); 18 U.S.C 2318B (counterfeit and illicit labels); 18 U.S.C. § 2319 (violation of intellectual property rights); 28 U.S.C. § 533 (FBI authorized to investigate violations of federal law for which it has primary investigative jurisdiction); and 28 U.S.C. § 534 (FBI authorized to collect and maintain identification, criminal information, crime, and other records).

The collection of this information is relevant and necessary to document and investigate complaints of Internet-related crime. Submission of the information requested is voluntary; however, your failure to supply requested information may impede or preclude the investigation of your complaint by law enforcement agencies.

The information collected is maintained in one or more of the following Privacy Act Systems of Records: the FBI Central Records System, Justice/FBI-002, notice of which was published in the Federal Register at 63 Fed. Reg. 8671 (Feb. 20, 1998); the FBI Data Warehouse System, DOJ/FBI-022, notice of which was published in the Federal Register at 77 Fed. Reg. 40631 (July 10, 2012). Descriptions of these systems may also be found at www.justice.gov/opcl/doj-systems-records#FBI. The information collected may be disclosed in accordance with the routine uses referenced in those notices or as otherwise permitted by law. For example, in accordance with those routine uses, in certain circumstances, the FBI may disclose information from your complaint to appropriate criminal, civil, or regulatory law enforcement authorities (whether federal, state, local, territorial, tribal, foreign, or international). Information also may be disclosed as a routine use to an organization or individual in both the public or private sector if deemed necessary to elicit information or cooperation from the recipient for use by the FBI in the performance of an authorized activity. "An example would be where the activities of an individual are disclosed to a member of the public in order to elicit his/her assistance in [FBI's] apprehension or detection efforts." 63 Fed. Reg. 8671, 8682 (February 20, 1998).

By typing my name below, I understand and agree that this form of electronic signature has the same legal force and effect as a manual signature. I affirm that the information I provided is true and accurate to the best of my knowledge. I understand that providing false information could make me subject to fine, imprisonment, or both. (Title 18, U.S.Code, Section 1001)

**Digital Signature:**           Rama chunduri

IC3_Complaint2



# Your IC3 Complaint

**Submission ID:** 93c8b574b54049d4b9ee6d72420bf7a3

**Date Filed:** 11/3/2025 1:06:21 AM EST

**Were you the one affected in this incident?** Yes

## Your Contact Information

**Name:** Rama chunduri

**Phone Number::** 4083387266

**Email Address:** crkanth@yahoo.com

## Complainant Information

**Name:** Rama chunduri

**Age:** Over 60

**Address:** 2536 Craneford Way

**City:** San Ramon

**County:** California

**Country:** United States of America

**State:** California

**Zip Code/Route:** 94582

**Phone Number::** 4083387266

**Email Address:** crkanth@yahoo.com

# Business Information

**Is this on behalf of a business that was targeted by a Cyber incident?**
No

# Financial Transaction(s)

**Did you send or lose money in the incident?**
Yes

**What was your total loss amount?**
2,100,000.00

**Transaction Type:**
Wire Transfer

**Was the money sent or lost?**
Yes

**Transaction Amount:**
99,800.00

**Transaction Date:**
09/17/2025

**Did you contact your bank, financial institution, or cryptocurrency exchange?**
Yes

**Originating Bank Name:**
Bank of America

**Originating Bank Address:**
4900 Hopyard Rd Ste 183

**Originating Bank Suite/Mail Stop:**
crkanth@yahoo.com

**Originating Bank City:**
Pleasanton

**Originating Bank Country:**
United States of America

**Originating Bank State:**
California

11/2/25, 10:06 PM    Complaint Submitted - Internet Crime Complaint Center (IC3)

**Originating Zip Code/Route:** 94588

**Originating Name on Account:** Rama chunduri

**Originating Account Number:** 0499016594

**Recipient Bank Name:** Wellls Fargo

**Recipient Bank Country:** United States of America

**Recipient Bank State:** California

**Recipient Name on Account:** LEAGUE NOVEUM TRADING LLC

**Recipient Bank Routing Number:** 121000248

**Recipient Account Number:** xxxxxx0077

•    •    •    •

**Transaction Type:** Wire Transfer

**Was the money sent or lost?** Yes

**Transaction Amount:** 99,800.00

**Transaction Date:** 09/19/2025

**Did you contact your bank, financial institution, or cryptocurrency exchange?** Yes

**Originating Bank Name:** Bank of America

**Originating Bank Address:** 4900 Hopyard Rd Ste 183

**Originating Bank Suite/Mail Stop:** crkanth@yahoo.com

**Originating Bank City:** Pleasanton

**Originating Bank Country:** United States of America

**Originating Bank State:** California

**Originating Zip Code/Route:** 94588

**Originating Name on Account:** Rama Chunduri

**Originating Account Number:** 0499016594

**Recipient Bank Name:** Wells Fargo

**Recipient Bank Country:** United States of America

**Recipient Name on Account:** LEAGUE NOVEUM TRADING LLC

**Recipient Bank Routing Number:** 121000248

**Recipient Account Number:** xxxxxx0077

**Transaction Type:** Wire Transfer

**Was the money sent or lost?** Yes

**Transaction Amount:** 42,000.00

**Transaction Date:** 09/22/2025

**Did you contact your bank, financial institution, or cryptocurrency exchange?** Yes

**Originating Bank Name:** Bank of America

**Originating Bank Address:** 4900 Hopyard Rd Ste 183

**Originating Bank Suite/Mail Stop:** crkanth@yahoo.com

| Field | Value |
|---|---|
| **Originating Bank City:** | Pleasanton |
| **Originating Bank Country:** | United States of America |
| **Originating Bank State:** | California |
| **Originating Zip Code/Route:** | 94588 |
| **Originating Name on Account:** | Rama Chunduri |
| **Originating Account Number:** | 0499016594 |
| **Recipient Bank Name:** | PNC Bank |
| **Recipient Name on Account:** | Lend Royal construction LLC |
| **Recipient Bank Routing Number:** | 043000096 |
| **Recipient Account Number:** | xxxxx2315 |
| **Transaction Type:** | Wire Transfer |
| **Was the money sent or lost?** | Yes |
| **Transaction Amount:** | 495,000.00 |
| **Transaction Date:** | 09/25/2025 |
| **Did you contact your bank, financial institution, or cryptocurrency exchange?** | Yes |
| **Originating Bank Name:** | Bank of America |
| **Originating Bank Address:** | 4900 Hopyard Rd Ste 183 |
| **Originating Bank City:** | Pleasanton |

**Originating Bank Country:** United States of America

**Originating Bank State:** California

**Originating Zip Code/Route:** 94588

**Originating Name on Account:** Rama Chunduri

**Originating Account Number:** 0499016594

**Recipient Bank Name:** Wells Fargo

**Recipient Name on Account:** DECENT LEGEND LLC

**Recipient Bank Routing Number:** 121000248

**Recipient Account Number:** xxxxxx9280

**Transaction Type:** Wire Transfer

**Was the money sent or lost?** Yes

**Transaction Amount:** 265,000.00

**Transaction Date:** 10/03/2025

**Did you contact your bank, financial institution, or cryptocurrency exchange?** Yes

**Originating Bank Name:** Bank of America

**Originating Bank Address:** 4900 Hopyard Rd Ste 183

**Originating Bank City:** Pleasanton

**Originating Bank Country:** United States of America

**Originating Bank State:** California

**Originating Zip Code/Route:** 94588

**Originating Name on Account:** Rama Chunduri

**Originating Account Number:** 0499016594

**Recipient Bank Name:** Wells Fargo Bank

**Recipient Name on Account:** Sunny Dreams Home LLC

**Recipient Bank Routing Number:** 121000248

**Recipient Account Number:** xxxxx8654

**Transaction Type:** Wire Transfer

**Was the money sent or lost?** Yes

**Transaction Amount:** 335,000.00

**Transaction Date:** 10/14/2025

**Did you contact your bank, financial institution, or cryptocurrency exchange?** Yes

**Originating Bank Name:** Bank of America

**Originating Bank Address:** 4900 Hopyard Rd Ste 183

**Originating Bank City:** Pleasanton

**Originating Bank Country:** United States of America

**Originating Bank State:** California

**Originating Name on Account:** Rama Chunduri

**Originating Account Number:** 0499016594

**Recipient Bank Name:** Wells Fargo

**Recipient Name on Account:** DECENT LEGEND LLC

**Recipient Bank Routing Number:** 121000248

**Recipient Account Number:** xxxxxx9280

**Transaction Type:** Wire Transfer

**Was the money sent or lost?** Yes

**Transaction Amount:** 400,000.00

**Transaction Date:** 10/14/2025

**Did you contact your bank, financial institution, or cryptocurrency exchange?** Yes

**Originating Bank Name:** Bank of America

**Originating Bank Address:** 4900 Hopyard Rd Ste 183

**Originating Bank City:** Pleasanton

**Originating Bank Country:** United States of America

**Originating Bank State:** California

**Originating Zip Code/Route:** 94588

**Recipient Name on Account:** Lend Royal Construction LLC

**Recipient Bank Routing Number:** 121000248

**Recipient Account Number:** XXXXX71377

## Information About The Subject(s)

**Name:** Nithya Chowdhary

**Business Name:** LEAGUE NOVEUM TRADING LLC

**Address:** 2295 S Hiawassee Rd Ste 205

**City:** Orlando

**Country:** United States of America

**State:** Florida

**Zip Code/Route:** 32835

**Phone Number:** 13365772977

**Website/Social Media Account:** Whatsapp

## Description of Incident

**Provide a description of the incident and how you (or those you are filling this out on behalf of) were victimized. Provide information not captured elsewhere in this complaint form:**

My name is Rama Chunduri, and I'm from California.

Recently I have been scammed by two people, and this is related to Crypto Wallets. I have given in this document the details of two scams in two different sections and both are related.

SCAM1 - Details

- In Sep 2025, I opened a Wallet in Coinbase Wallet. I have also USDT Wallet under TAPBIT within this Coinbase Wallet. This Tapbit is a decentralized exchange and different from Tapbit.com. The address of this tapbit under coinbase wallet is tapbitpo.net.

- Then I sent funds from my bank account to tapbitpo.net by wire. I used to ask the customer service the wire instructions every time I used to wire my funds. Once I send the wire, they will put my funds in USDT wallet under Tapbitpo.net.

- I made profits on USDT by doing some trades.

- Then when I tried to withdraw the funds from USDT to my bank, I entered all the info correctly except the routing number. The routing number – I added one extra zero by typo. The wire went successfully but they put my entire wired funds on HOLD.

- Then they demanded me to bring in more money to recover this wire. I brought in additional funds, and they are asking for more.

- So, I have stuck wired funds ($2.1 mil) + balance ($1.1 Mil) in my USDT wallet.

- Now they are threatening me that I would lose my funds if I don't bring in additional 181K.

Scam2 - Details

I posted my SCAM1 story in Reddit. And there is one guy who came forward to help me. I trusted him and got cheated again.

He recommended that I open a new Coinbase Wallet and buy some ETH so that it interacts with my funds ($2.1 mil) in tapbitpo.net and recover those funds. I need to buy ETH because it is required for gas fee. He gave me an email support@tapbit.help and I kept receiving emails from this email about the progress. I paid total $30,000 approximately for recovering $2.1 million. Then I got an email from them that they have successfully recovered funds and I need to import my wallet to MetaMask and also a contract that has 531 ETH (equivalent to approximately $2.1 mil) in WETH form. I did the same and I could see WETH 531 in my MetaMask wallet. But to unwrap it, they said I need another 4 ETH and again I bought another 4 ETH. Now they unwrapped it into Tether USDT.

Now they said I need to pay 7.5% general IRS tax to get the entire 2.1

Complaint Submitted - Internet Crime Complaint Center (IC3)

Mil. I stopped trusting them and I am not willing to pay that 7.5%.

## Other Information

**Are there any other witnesses or persons affected by this incident?**

Swarajya Chunduri

**Is this an update to a previously filed complaint?**    No

## Privacy & Signature:

The collection of information on this form is authorized by one or more of the following statutes: 18 U.S.C. § 1028 (false documents and identity theft); 1028A (aggravated identity theft); 18 U.S.C. § 1029 (credit card fraud); 18 U.S.C. § 1030 (computer fraud); 18 U.S.C. § 1343 (wire fraud); 18 U.S.C 2318B (counterfeit and illicit labels); 18 U.S.C. § 2319 (violation of intellectual property rights); 28 U.S.C. § 533 (FBI authorized to investigate violations of federal law for which it has primary investigative jurisdiction); and 28 U.S.C. § 534 (FBI authorized to collect and maintain identification, criminal information, crime, and other records).

The collection of this information is relevant and necessary to document and investigate complaints of Internet-related crime. Submission of the information requested is voluntary; however, your failure to supply requested information may impede or preclude the investigation of your complaint by law enforcement agencies.

The information collected is maintained in one or more of the following Privacy Act Systems of Records: the FBI Central Records System, Justice/FBI-002, notice of which was published in the Federal Register at 63 Fed. Reg. 8671 (Feb. 20, 1998); the FBI Data Warehouse System, DOJ/FBI-022, notice of which was published in the Federal Register at

77 Fed. Reg. 40631 (July 10, 2012). Descriptions of these systems may also be found at www.justice.gov/opcl/doj-systems-records#FBI. The information collected may be disclosed in accordance with the routine uses referenced in those notices or as otherwise permitted by law. For example, in accordance with those routine uses, in certain circumstances, the FBI may disclose information from your complaint to appropriate criminal, civil, or regulatory law enforcement authorities (whether federal, state, local, territorial, tribal, foreign, or international). Information also may be disclosed as a routine use to an organization or individual in both the public or private sector if deemed necessary to elicit information or cooperation from the recipient for use by the FBI in the performance of an authorized activity. "An example would be where the activities of an individual are disclosed to a member of the public in order to elicit his/her assistance in [FBI's] apprehension or detection efforts." 63 Fed. Reg. 8671, 8682 (February 20, 1998).

By typing my name below, I understand and agree that this form of electronic signature has the same legal force and effect as a manual signature. I affirm that the information I provided is true and accurate to the best of my knowledge. I understand that providing false information could make me subject to fine, imprisonment, or both. (Title 18, U.S.Code, Section 1001)

**Digital Signature:**            Rama chunduri

IC3_Complaint3

 **Your IC3 Complaint**

| | |
|---|---|
| **Submission ID:** | 759556a774994e8f8b0ebd68242c27d5 |
| **Date Filed:** | 11/6/2025 1:28:52 PM EST |
| **Were you the one affected in this incident?** | Yes |

## Your Contact Information

| | |
|---|---|
| **Name:** | Rama chunduri |
| **Phone Number:** | 4083387266 |
| **Email Address:** | crkanth@yahoo.com |

## Complainant Information

CFTC_Complaint



COMMODITY FUTURES TRADING COMMISSION

**Complaint Form**

## UNITED STATES
## COMMODITY FUTURES TRADING COMMISSION

### SUBMISSION INFORMATION

| Confirmation Number | Submission Received |
|---|---|
| 2511-0615-3202-68 | 11/6/2025 3:32:02 PM ET |

### STEP ONE: WHAT IS YOUR COMPLAINT ABOUT?

1. Please select the option(s) that best describes your complaint

☑ Fraudulent statements that persuaded me to trade futures, options, commodities (gold, silver, other precious metals, digital currencies), swaps, forex, leveraged transactions (including precious metals), or binary options.

☑ Some type of cheating or fraud that occurred after I deposited funds to trade any of the above. Examples: 1. Someone used my funds to buy themselves things or to pay someone else. 2. When I asked for a return of my funds or to withdraw profits from my trading account, I was refused.

☑ An individual or entity or firm that I think should be registered, but is not.

☑ Disruptive or manipulative trading activity.

☑ Trading based upon confidential information by someone who is not allowed to use such information.

☐ My complaint does not fit into any of these categories.

2. When did the alleged misconduct occur?
August 1, 2025 – November 1, 2025

3. Where did the alleged misconduct occur? You may select more than one answer.

☑ United States

3a. State/Province
California

☐ Another Country

☐ Online

☐ In person

☐ I don't know

4. Is the alleged misconduct ongoing?
☑ YES  ☐ NO

5. Did you transfer to or deposit funds with the individual or entity or firm that you are complaining about?
☑ YES  ☐ NO

5a. Please tell us how much.
2,147,250 USD

6. How did you transfer to or deposit funds with the individual or entity or firm that you are complaining about?

☐ Cash

- [ ] Check
- [✓] Wire
- [ ] Venmo, PayPal, Square, or other online/e-commerce payment processor
- [ ] Digital Currency

**7. Do you have any identifying information about the bank, checking account, wire transfer, payment processor, or Digital Currency wallet that received your funds?**
[✓] YES  [ ] NO

**7a. Please describe.**
Please see the attachments

**8. How did you learn about the alleged misconduct? You may select more than one answer.**

- [ ] Account statements
- [ ] Introducing broker records
- [✓] Conversations
- [ ] Internal business documents
- [ ] Publicly available information (e.g., newspaper articles or television stories)
- [ ] Social media (e.g., Facebook, Twitter, blogs, chat rooms, and electronic communities of interest)
- [ ] E-mail or other written communications
- [ ] Other

**9. Have you taken any action regarding your complaint? You may select more than one answer.**

- [ ] Complained to the individual, entity, or firm
- [ ] Previously complained to CFTC
- [ ] Complained to FTC
- [ ] Complained to CFPB
- [ ] Complained to SEC
- [✓] Complained to IRS
- [ ] Complained to FBI
- [ ] Complained to law enforcement
- [ ] Complained to other
- [ ] Filed a legal action against the individual, entity, or firm
- [ ] Mediation
- [ ] Arbitration
- [ ] Other
- [ ] None

**10. Please provide a brief statement about the alleged misconduct you are complaining about.**
Please see IC3_COMPLAINT_TEXT attachment for details

# STEP TWO: WHO ARE YOU COMPLAINING ABOUT?

## INDIVIDUAL/FIRM 1

**1. Who are you complaining about?**
[ ] INDIVIDUAL  [✓] FIRM

**1a. Firm Name**
tapbitpo.net (this is as part of coinbasepo.net

| 2. Street Address | | | 3. Suite or apartment number |
|---|---|---|---|
| 4. City | 5. State | 6. Zip code | 7. Country USA |
| 8. Home Phone | 9. Work Phone | | 10. Mobile Phone |

**11. Email address 1**
nitiya1918@outlook.com

**12. Email address 2**

**13. Website address(es)**
tapbitpo.net

**14. Social media names, IDs, or numbers**
nitiya1918@outlook.com Name: Nithya Chowdhary

**15. IP address(es)**

**16. Bank account(s)**

**17. Digital currency wallet(s)**

**18.** What was the initial form of contact between you and the individual, entity, and/or firm that is the subject of your complaint?
Other

**19.** Are you currently or were you in the past associated with the individual, entity, and/or firm that is the subject of your complaint? If yes, then please explain the relationship.
☑ YES   ☐ NO

**19a.** Please describe.
Facebook friend

# STEP THREE: WHICH FINANCIAL PRODUCTS OR CONTRACTS ARE INVOLVED?

☐ 1. A futures contract.

☐ 2. An option on a futures contract, an option on a commodity, but not an option on a security or a basket of securities.

☐ 3. A swap, including a mixed swap, but not a swap based on a single security or based on a narrow (i.e., nine or less) index of securities.

☐ 4. A foreign currency ("forex") transaction.

☐ 5. A commodity transaction entered into or offered on a leveraged or margined basis (for example, precious metals), or financed by the offeror, the counterparty, or someone acting in concert with the offeror or counterparty.

☐ 6. A cash (or physical) contract traded in interstate commerce – precious metals.

☐ 7. A cash (or physical) contract traded in interstate commerce – digital currencies.

☐ 8. A cash (or physical) contract traded in interstate commerce – other.

☐ 9. A binary option.

☐ 10. I don't know.

☑ 11. Other

**11a.** Please describe
1. ETH 2. USDT Wallet

# STEP FOUR: WHAT IS YOUR CONTACT INFORMATION?

The next series of questions asks for your contact information because the CFTC may need to contact you (or your attorney/s, if you are represented by legal counsel) for further information about your submission. You may provide information for multiple individuals or attorneys by pressing the "Add Submitter" or "Add Attorney" buttons after each party. Fields marked with a red exclamation are required.

**1. Are you submitting this tip, complaint, or referral anonymously?**

☐ YES  ☑ NO

# SUBMITTER 1

| 1a. First Name | 1b. Middle Initial | 1c. Last Name | 3. Suite or apartment number |
| --- | --- | --- | --- |
| Rama | | chunduri | |
| **2. Street Address** | | | |
| 2536 Craneford Way | | | |
| **4. City** | **5. State** | **6. Zip code** | **7. Country** |
| San Ramon | California | 94582 | United States |
| **8. Home Phone** | **9. Work Phone** | | **10. Mobile Phone** |
| 4083387266 | | | |
| **11. Email address 1** | | **12. Email address 2** | |
| crkanth@yahoo.com | | crkanth@yahoo.com | |

**13. What is the best way to contact you?**

☐ Mail

☑ Phone

☑ Email

**2. Are you represented by an attorney in connection with this submission of information to the CFTC?**

☐ YES  ☑ NO

# FILES UPLOADED

Analyst_Sworn_Affidavit.pdf
Forensic_Report_5_Page.pdf
Wire_Receipt_BoAWELLS.pdf
IC3_COMPLAINT_TEXT.docx
Arkham_All_Screenshots.pdf

**Reminder: Do not submit any privileged information, such as communications between you and your attorney. If you are not able to upload documents, then please describe the documents you currently have.**
EVIDENCE ATTACHED (8 FILES)** 1. `Forensic_Report_5_Page.pdf 2. `Analyst_Sworn_Affidavit.pdf 3. `Arkham_Mule1_0x47f5.png 4. `Arkham_Mule2_0xdbcd.png` 5. `Arkham_Visualizer_Flow.png` 6. `Arkham_Exchange_Outflows.png` 7. `Wire_Receipt_BoA_1M.pdf` 8. `Wire_Receipts_Chase_Wells.pdf