AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Rama Chunduri

*Plaintiff(s)*

v.

League Noveum Trading LLC, Lend Royal construction LLC, Decent Legend LLC, Sunny Dreams Home LLC, Binance Holdings Ltd (Relief Defendant), et al. (see Annexure-1)

*Defendant(s)*

Civil Action No.

C 25 09829

VKD

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* League Noveum Trading LLC (Tapbitpo.net company), 2295 S Hiawassee Rd Ste 205 Orlando FL 32835
Lend Royal construction LLC(Tapbitpo.net company), 400 N Federal Hwy Fort Lauderdale FL 33301
Decent Legend LLC(Tapbitpo.net company), 300 SE 2ND St Suite 600 Fort Lauderdale FL 33301
et al. (See Annexure-4 for other Defendants)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Rama Chunduri
2536 Craneford Way
San Ramon CA 94582

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: NOV 14 2025

CLERK OF COURT
MARK B. BUSBY

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Rama Chunduri )
)
)
)
)
_Plaintiff(s)_ )
v. )  Civil Action No.
League Noveum Trading LLC, Lend Royal )
construction LLC,Decent Legend LLC,Sunny Dreams )    C   25   09829
Home LLC,  Binance Holdings Ltd (Relief Defendant), )
et al. (see Annexure-1) )
)                VKD
_Defendant(s)_ )

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ League Noveum Trading LLC (Tapbitpo.net company), 2295 S Hiawassee Rd Ste 205 Orlando FL 32835
Lend Royal construction LLC(Tapbitpo.net company), 400 N Federal Hwy   Fort Lauderdale FL 33301
Decent Legend LLC(Tapbitpo.net company), 300 SE 2ND St Suite 600  Fort Lauderdale  FL  33301
et al. (See Annexure-4 for other Defendants)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Rama Chunduri
2536 Craneford Way
San Ramon CA 94582

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
MARK B. BUSBY

Date: NOV 14 2025

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Rama Chunduri<br><br>*Plaintiff(s)*<br>v.<br>League Noveum Trading LLC, Lend Royal construction LLC, Decent Legend LLC, Sunny Dreams Home LLC, Binance Holdings Ltd (Relief Defendant), et al. (see Annexure-1)<br><br>*Defendant(s)* | Civil Action No.<br><br>**C 25 09829**<br><br>**VKD** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* League Noveum Trading LLC (Tapbitpo.net company), 2295 S Hiawassee Rd Ste 205 Orlando FL 32835
Lend Royal construction LLC (Tapbitpo.net company), 400 N Federal Hwy Fort Lauderdale FL 33301
Decent Legend LLC (Tapbitpo.net company), 300 SE 2ND St Suite 600 Fort Lauderdale FL 33301
et al. (See Annexure-4 for other Defendants)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Rama Chunduri
2536 Craneford Way
San Ramon CA 94582

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: NOV 14 2025

CLERK OF COURT

MARK B. BUSBY

*Signature of Clerk or Deputy Clerk*

# ANNEXURE -4 – DEFENDANTS and ADDRESSES

**Defendant1**

| | |
|---|---|
| Name | TAPBITPO.NET |
| Address | This is a phishing Crypto Exchange under Coinbase Wallet. The have online customer service. They don't have physical address. |
| Phone No | The screenshots are given below |

**Defendant2**

| | |
|---|---|
| Name | LEAGUE NOVEUM TRADING LLC (Tapbitpo.net company) |
| Address | 2295 S Hiawassee Rd Ste 205  Orlando  FL 32835 |
| Phone No | |

**Defendant3**

| | |
|---|---|
| Name | Lend Royal construction LLC(Tapbitpo.net company) |
| Address | 400 N FEDERAL HWY   FORT LAUDERDALE   FL 33301 |
| Phone No | |

**Defendant4**

| | |
|---|---|
| Name | DECENT LEGEND LLC(Tapbitpo.net company) |
| Address | 300 SE 2ND STREET SUITE 600      FORT LAUDERDALE FL  33301 |
| Phone No | |

**Defendant5**

| | |
|---|---|
| Name | Sunny Dreams Home LLC(Tapbitpo.net company) |
| Address | 3300 N FEDERAL HWY  FORT LAUDERDALE FL 33306 |
| Phone No | |

**Defendant6**

| | |
|---|---|
| Name | BINANCE HOLDINGS LTD |
| Address | 252 NW 29th St Ste 905, Miami, Florida, 33127, |
| Phone No | |

**Defendant7**

| | |
|---|---|
| Name | BYBIT |
| Address | Unit T04-10.01, 10th Floor, The Offices 4, One Central, Dubai World Trade Centre, Dubai, United Arab Emirates |
| Phone No | |

**Defendant8**

| | |
|---|---|
| Name | HITBTC |
| Address | Av Vitacura 2969, 7550007 Las Condes, Región Metropolitana, Chile |
| Phone No | |