UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAMA CHUNDURI,

         Plaintiff,

     v.

LEAGUE NOVEUM TRADING LLC, et al.,

         Defendants.

Case No. 25-cv-09829-WHO

**ORDER TO SHOW CAUSE**

On November 14, 2025, pro se plaintiff Rama Chunduri filed a Complaint against several cryptocurrency finance and trading companies. *See* Dkt. No. 1. In the complaint, Chunduri alleged that defendants were participating in a scam that led to an ongoing loss, or potential loss, of Chunduri's funds. *Id.* Because the complaint was unclear as to whether Chunduri was seeking a temporary restraining order ("TRO"), I ordered Chunduri to clarify the relief being sought and noted that without service and a filing specifically requesting a TRO, "the case [would] proceed in the normal course." Dkt. No. 7 at 1.

Chunduri never responded, and, as ordered, the case proceeded in the normal course. Chunduri has failed to file any responsive documents or indicia of attempts to serve defendants on the docket.

On March 3, 2026, I held a case management conference on this matter. Chunduri did not appear at the conference nor file any case management conference statement in advance, as required. *See* Dkt. No. 6.

Chunduri is therefore ORDERED TO SHOW CAUSE why the case should not be dismissed for failure to prosecute by filing a response to this order by April 3, 2026, explaining what efforts have been made to serve defendants and why no appearance was made at the case

management conference.  If Chunduri does not file such a response by that date, this case may be dismissed for failure to prosecute.  *See* Fed. R. Civ. Proc. 41(b); *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986)

**IT IS SO ORDERED.**

Dated: March 5, 2026

_____
William H. Orrick
United States District Judge

United States District Court
Northern District of California