UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAMA CHUNDURI,

        Plaintiff,

    v.

LEAGUE NOVEUM TRADING LLC, et al.,

        Defendants.

Case No. 25-cv-09829-WHO

**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE**

Re: Dkt. No. 10

On March 5, 2026, I filed an Order to Show Cause in this case, requiring pro se plaintiff Rama Chunduri to file a response explaining any efforts made to pursue this case by April 3, 2026. Dkt. No. 10. As of the date of this Order, no response has been filed. Chunduri has made no appearance in this case outside of filing the complaint on November 14, 2025. *See* Dkt. No. 1.

In light of the above, the case is DISMISSED WITHOUT PREJUDCE for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

    **IT IS SO ORDERED.**

Dated: April 10, 2026



William H. Orrick
United States District Judge

United States District Court
Northern District of California